No. 150. LOUISE A. F. E. WHITCOMB *v.* SAME. October 9, 1933. Petition for writs of certiorari to the Court of Appeals of the District of Columbia granted. *Messrs. W. W. Spalding, Robert A. Littleton, Claude R. Branch,* and *Felix T. Smith* for petitioners. *Solicitor General Biggs* and *Messrs. Sewall Key, Wm. Cutler Thompson,* and *Erwin N. Griswold* for respondent. 

No. 133. R. H. STEARNS CO. *v.* UNITED STATES. October 9, 1933. Petition for writ of certiorari to the Court of Claims granted. *Messrs. Frederick S. Winston, Howe P. Cochran* and *James S. Y. Ivins* for petitioner. *Solicitor General Biggs* and *Assistant Attorney General Wideman* for the United States. 

No. 152. LUMBRA *v.* UNITED STATES. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Consuelo B. Northrop* and *Warren E. Miller* for petitioner. *Solicitor General Biggs, Assistant Attorney General St. Lewis,* and *Messrs. Erwin N. Griswold* and *W. Clifton Stone* for the United States. 

No. 153. LADNER, COLLECTOR, *v.* PHILADELPHIA BARGE CO. ET AL. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General Biggs* for petitioner. *Messrs. Walter Riddle* and *Thomas P. Mikell* for respondents. 

No. 158. BURNET, COMMISSIONER OF INTERNAL REVENUE, *v.* CANFIELD. October 9, 1933. Petition for writ of